## Wardell Jackson, Plaintiff-Appellant, v. Campbell K. Evans, Defendant-Appellee.

### Gen. No. 10,054. (Abstract of Decision.)

Third District.

May 14, 1956.

Released for publication May 31, 1956.

John Alan Appleman, for plaintiff-appellant; Busch & Harrington, for appellee; Earl C. Harrington, and Thomas E. Harrington, of counsel. Opinion by JUDGE CARROLL. Not to be published in full.